UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MATTHEW FLIERL,

    Plaintiff,

CASE NO.:  6:17-CV-00976-RBD-TBS

-vs-

WELLS FARGO BANK, N.A.,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

Plaintiff, MATTHEW FLIERL, by and through his undersigned counsel, hereby notifies the Court that the parties, Plaintiff, MATTHEW FLIERL, and Defendants, WELLS FARGO BANK, N.A., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents.  Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

*/s/ Octavio "Tav' Gomez*
OCTAVIO GOMEZ, ESQUIRE
Florida Bar No.: 0338620
MORGAN & MORGAN, TAMPA, P.A.
One Tampa City Center
201 N. Franklin Street, Suite 700
Tampa, FL 33602
Telephone:  (813) 223-5505
Facsimile:   (813) 559-4845
Primary Email: OGomez@forthepeople.com
Secondary: JSherwood@forthepeople.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2018, the foregoing document was filed electronically in accordance with the Court's guidelines, using the Court's CM/ECF system; and, a copy of which was served via electronic mail to all parties requesting notification of such filings, and of which are listed below:

Artin Betpera, Esquire
DORSEY & WHITNEY LLP
Email: betpera.artin@dorsey.com

Divya S. Gupta, Esquire
DORSEY & WHITNEY LLP
Email: gupta.divya@dorsey.com

*/s/ Octavio "Tav' Gomez*
OCTAVIO GOMEZ, ESQUIRE
Florida Bar No.: 0338620
*For the Plaintiff*